No. 857. COMMONWEALTH STEAMSHIP COMPANY, LIMITED, CLAIMANT OF S. S. " TURRET CROWN," ETC. *v.* PATENT VULCANITE ROOFING COMPANY, INC.;

No. 858. COMMONWEALTH STEAMSHIP COMPANY, LIMITED, CLAIMANT OF S. S. " TURRET CROWN," ETC. *v.* CARLO REPETTO;

No. 859. COMMONWEALTH STEAMSHIP COMPANY, LIMITED, CLAIMANT OF S. S. " TURRET CROWN," ETC. *v.* SACCO & PALMIERO; and

No. 860. COMMONWEALTH STEAMSHIP COMPANY, LIMITED, CLAIMANT OF S. S. " TURRET CROWN," ETC. *v.* J. ARON & COMPANY, INC. March 17, 1924. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John M. Woolsey, Mr. Charles R. Hickox* and *Mr. Theodore M. Hequembourg* for petitioner. *Mr. D. Roger Englar* for respondents.

---

No. 804. NEVADA STATE JOURNAL PUBLISHING COMPANY *v.* CHARLES B. HENDERSON. April 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James Glynn, Mr. E. E. Roberts* and *Mr. Richard A. Ford* for petitioner. No appearance for respondent.

---

No. 825. VERNOR HALL, TRUSTEE, *v.* LYNN REAGOR, BANKRUPT. April 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. J. Rutledge, Jr.,* and *Mr. J. E. Gilbert* for petitioner. *Mr. Francis Marion Etheridge* and *Mr. Joseph Manson McCormick* for respondent.

---

No. 850. ADOLPH PALEAIS *v.* LEWIS H. SAPER. April 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr.*